403 A.2d 116

**Ronald L. RIDER, Appellee,**

v.

**GENSIMORE TRUCKING, INC., Appellant,**

**Marblehead Lime Company, Additional Defendant.**

Superior Court of Pennsylvania.

Argued March 19, 1979.

Decided May 11, 1979.

John W. Blasko, State College, for appellant.

No appearance entered nor brief filed for appellee Rider.

Richard A. Gray, Williamsport, for Marblehead Lime Co.

Before PRICE, SPAETH and LIPEZ, JJ.

PER CURIAM:

■ The order of the court below is reversed. Section 303(b) of the Pennsylvania Workmen's Compensation Act, Act of December 5, 1974, P.L. 782, No. 263, § 6 (77 P.S. § 481(b)) is not be be applied retroactively. *Bell v. Koppers Co., Inc.*, 481 Pa. 454, 392 A.2d 1380 (1978).

■ Appellant's challenge to the constitutionality of Section 303(b) raises an issue which this court has previously addressed; we found, by an equally divided court, that the statute did not violate the federal or our state constitutions. *Tsarnas v. Jones & Laughlin Steel Corp.*, 262 Pa.Super. 417, 396 A.2d 1241 (1978).